IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | | NO. 19-64-5 |
| v. | : | |
| MARITA CRAWFORD | : | |
| #77032-066 | | |

## NOTICE

TAKE NOTICE that Defendant is scheduled for a SENTENCING HEARING on **TUESDAY, DECEMBER 19, 2023, at 10:00 A.M.** before the **Honorable Jeffrey L. Schmehl** in the Fifth Floor Courtroom of the United States District Court, 201 Penn Street, The Gateway Building, Reading, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** 6/23/2023

For additional information, please contact the undersigned.

By:	Tanya L. Allender, Courtroom Deputy to J. Schmehl
	Phone: 610.320.5030

Date:	5/23/2023

cc via email:	Defendant (through counsel)
	Fortunato Perri, Jr., Esquire
	U.S. Attorney's Office
	U.S. Marshal
	Court Security
	Probation Officer Megan Maier
	Pretrial Services
	Interpreter Coordinator

crnotice (July 2021)